**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Kenneth Charles FRAGOSO,**
**Defendant–Appellant.**

**No. 13–20709**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 20, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Kenneth Charles Fragoso, Beaumont, TX, pro se.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Kenneth Charles Fragoso, federal prisoner # 26520–079, has moved for leave to file a reply brief out of time. The motion is GRANTED.

Fragoso has appealed the district court's order denying in part his motion to unseal documents filed in the criminal case of his codefendant, Lawrence Gregory Carlton. Because the motion was unauthorized and without a jurisdictional basis, *see United*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*States v. Early,* 27 F.3d 140, 141–42 (5th Cir.1994), the district court's order is AFFIRMED.